No. 99–7047. DUNN *v.* GORDON, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–7049. HOPSON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 99–7051. DAVAGE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–7052. DILLIBE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 99–7053. HOWELL *v.* HELMAN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 99–7057. KELLY *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–7059. MOORE *v.* HARRIS, JUDGE, CIRCUIT COURT OF KENTUCKY, SIMPSON COUNTY. Sup. Ct. Ky. Certiorari denied.

No. 99–7063. ADENIJI *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 99–7064. ANDERSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–7066. SLOVAK *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–7070. TAYLOR *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 99–7072. WENTZELL *v.* McDANIEL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 99–7073. ALSTON *v.* NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 99–7077. TOMAS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–7078. FORGAC *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–7079. ROBINSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.